


# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS

219 S. Dearborn Street

Chicago, IL 60604

**Kenneth S. Gardner**, Bankruptcy Clerk

Date     August 14, 2008

Michael Dobbins, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

**FILED**

**AUG 1 4 2008**

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Case Number     04A189

Case Name     Myler v Fields

Notice of Appeal Filed     July 9, 2008

Appellant     Charles J Myler

Dear Sir:

Pursuant to **Bankruptcy Rule 8007** transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

| | | | |
|---|---|---|---|
| ✓ | Transmittal Letter and Civil Cover Sheet | ✓ | Notice of Appeal |
| ✓ | Designation and Statement of Issues | ✓ | Copy of Documents Designated |
| ✓ | Transcript of Proceeding | ☐ | Exhibits |
| ☐ | In Forma Pauperis | ☐ | Expedited Notice of Appeal |

Additional Items Included

☐ _____

## 08CV4630
## JUDGE GETTLEMAN
## MAG. JUDGE MASON

| 1 | Total Volumes Transmitted |
|---|---|

The following items will be transmitted as a supplemental to the Record on Appeal

☐ _____

_____

Previous D C Judge _____     Case Number

By Deputy Clerk _____

Revised 03/26/08rj

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE:        )<br>           )<br>ANTHONY FIELDS,        )<br>           )<br>        Debtor.        )<br>_____)_____ | Chapter 7<br>Bankruptcy No. 03 B 21620<br>Judge Manuel Barbosa |
| CHARLES J. MYLER, not individually,     )<br>but solely as trustee,        )<br>           )<br>        Plaintiff,        )<br>           )<br>    vs.        )<br>           )<br>ANTHONY FIELDS, RALPH BOOKER,     )<br>VERNON WILLIAMS, VERNON        )<br>WILLIAMS ARCHITECTS, P.C.        )<br>LAKEVIEW REAL ESTATE DEVELOP-     )<br>MENT CO., and PARKWAY BANK,     )<br>           )<br>        Defendants.        ) | Adversary No. 04 A 00189<br><br>**08CV4630<br>JUDGE GETTLEMAN<br>MAG. JUDGE MASON** |

### NOTICE OF APPEAL

CHARLES J. MYLER, Trustee/Plaintiff, by and through his attorneys, Charles J. Myler,

Richard G. Larsen and Myler, Ruddy & McTavish, appeals under 28 U.S.C. § 158(a) from the Final

Order of the U.S. Bankruptcy Court, Northern District of Illinois, Eastern Division, granting

defendant, Vernon Williams, Motion for Summary Judgment, entered in this adversary proceeding

on the 30th day of June, 2008.

The party to the Final Order appealed from and the names of his attorneys are as follows:

Charles J. Myler, Trustee, 105 E. Galena Blvd., 8th Floor, Aurora, IL 60505

Richard G. Larsen, Myler, Ruddy & McTavish, 105 E. Galena Blvd., 8th Floor, Aurora, IL 60505

**DATED:**      July 9, 2008

                                        /s/ Charles J. Myler
                                        Charles J. Myler, Trustee in Bankruptcy

Charles J. Myler, #2008602
Richard G. Larsen #6193054
Attorneys for Trustee
**Myler, Ruddy & McTavish**
105 E. Galena Blvd., 8th Floor
Aurora, Illinois 60505
(630) 897-8475, (630) 897-8076 Fax

**APPEAL**

# U.S. Bankruptcy Court
## Northern District of Illinois (Chicago)
## Adversary Proceeding #: 04-00189

*Assigned to:* Honorable Judge Manuel Barbosa
*Related BK Case:* 03-21620
*Related BK Title:* Anthony Fields
*Related BK Chapter:* 7
*Demand:*
*Nature[s] of Suit:* 435 Validity/Priority/Extent Lien

*Date Filed:* 02/05/04

**08CV4630**
**JUDGE GETTLEMAN**
**MAG. JUDGE MASON**

## Plaintiff
-------------------------

**Charles J Myler**

represented by **Charles J Myler**
Myler Ruddy & McTavish
111 W Downer Pl Ste 400
Aurora, IL 60506
630-897-8475
Email: cmyler@mrmlaw.com

**Richard G Larsen**
Myler, Ruddy & McTavish
105 E. Galena Blvd., 8th Floor

Aurora, IL 60505
630-897-8475
Fax : 630-897-8076
Email: rglarsen@mrmlaw.com
*LEAD ATTORNEY*



## Defendant
-------------------------

**Anthony Fields**
**Ralph Booker**

represented by **Joseph R Voiland**
Joseph R. Voiland
1625 Wing Road
Yorkville, IL 60560
630-553-1951
Fax : (630) - 5532388
Email:
jrvoiland@sbcglobal.net
*TERMINATED: 09/15/2005*

**Stacey McGlynn Johnson**
Joseph V Roddy & Associates
77 W Washington Ste 1100
Chicago, IL 60602
312-368-8220
*LEAD ATTORNEY*

**Thomas R. Fawkes**
Freeborn & Peters
311 S Wacker Dr Ste 3000
Chicago, IL 60606
312 360-6468
Fax : 312 360-6573
Email:
tfawkes@freebornpeters.com

**Vernon Williams**

represented by **Ronald Austin, Jr.**
Brothers & Thompson, P.C.
100 W. Monroe Street
Suite 1700
Chicago, IL 6063060603
312 372-2909 Est. 102
Fax : 312 704-6693
Email: ra2law@cs.com

**Ronald Austin Jr**
Brothers & Thompson PC
20 East Jackson Blvd

Suite 650
Chicago, IL 60604
312-372-2909
*LEAD ATTORNEY*

**Vernon Williams Architects PC**    represented by **Ronald Austin, Jr.**
(See above for address)

**Ronald Austin Jr**
(See above for address)
*LEAD ATTORNEY*

**Lakeview Real Estate Developement Co**

**Parkway Bank**    represented by **Eugene S. Kraus**
Scott & Kraus, LLC
150 South Wacker Drive
Suite 2900
Chicago, IL 60606
312 327-1060
Fax : 312 327-1051
Email: ekraus@skcounsel.com
*LEAD ATTORNEY*

**Counter-Claimant**
------------------------

**Ralph Booker**    represented by **Thomas R. Fawkes**
(See above for address)

V.

**Counter-Defendant**
------------------------

**Anthony Fields**

**Lakeview Real Estate Developement Co**

**Charles J Myler**    represented by **Charles J Myler**
(See above for address)

**Parkway Bank**    represented by **James M McArdle**

Scott & Kraus, LLC
150 South Wacker Drive
Suite 2900
Chicago, IL 60610
312 327-1069
Email:
jmcardle@skcounsel.com

**Vernon Williams Architects PC**     represented by **Ronald Austin, Jr.**
(See above for address)

**Vernon Williams**     represented by **Ronald Austin, Jr.**
(See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
| 02/05/2004 | ●1 | 435 (Validity/Priority/Extent Lien): Complaint by Richard G Larsen on behalf of Charles J Myler against Anthony Fields , Ralph Booker , Vernon Williams , Vernon Williams Architects PC , Lakeview Real Estate Developement Co , Parkway Bank . (Roman, Felipe) Additional attachment(s) added on 2/9/2004 (Brennan, Kelly). (Entered: 02/05/2004) |
| 02/05/2004 | ●2 | Adversary Proceeding Cover Sheet Filed by Richard G Larsen on behalf of Charles J Myler . (Roman, Felipe) Additional attachment(s) added on 2/9/2004 (Brennan, Kelly). (Entered: 02/05/2004) |
| 02/05/2004 | ●3 | Summons Issued on Ralph Booker Date Issued 2/5/2004, Answer Due 3/8/2004; Anthony Fields Date Issued 2/5/2004, Answer Due 3/8/2004; Lakeview Real Estate Developement Co Date Issued 2/5/2004, Answer Due 3/8/2004; Parkway Bank Date Issued 2/5/2004, Answer Due 3/8/2004; Vernon Williams Architects PC Date Issued 2/5/2004, Answer Due 3/8/2004; Vernon Williams |

| | | |
|---|---|---|
| | | Date Issued 2/5/2004, Answer Due 3/8/2004 (RE: 1 Complaint, ). Status hearing to be held on 3/18/2004 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 140, Geneva, Illinois 60134. (Roman, Felipe) Additional attachment(s) added on 2/9/2004 (Brennan, Kelly). (Entered: 02/05/2004) |
| 02/05/2004 | 4 | Receipt of Adversary Filing Fee - $150.00 by FR. Receipt Number 03060341. Payment received from MYLER. (Entered: 02/06/2004) |
| 02/11/2004 | ●5 | Summons Service Executed on Vernon Williams Architects PC 2/11/2004 (RE: 3 Summons Issued, , ). (Williams, Marie) (Entered: 02/11/2004) |
| 02/09/2004 | ●6 | Summons Service Executed on Vernon Williams 2/5/2004 (RE: 3 Summons Issued, , ). (Williams, Marie) (Entered: 02/11/2004) |
| 02/09/2004 | ●7 | Summons Service Executed on Parkway Bank 2/5/2004 (RE: 3 Summons Issued, , ). (Williams, Marie) (Entered: 02/11/2004) |
| 02/09/2004 | ●8 | Summons Service Executed on Anthony Fields 2/5/2004 (RE: 3 Summons Issued, , ). (Williams, Marie) (Entered: 02/11/2004) |
| 02/09/2004 | ●9 | Summons Service Executed on Ralph Booker 2/5/2004 (RE: 3 Summons Issued, , ). (Williams, Marie) (Entered: 02/11/2004) |
| 02/09/2004 | ●10 | Summons Service Executed on Lakeview Real Estate Developement Co 2/5/2004 (RE: 3 Summons Issued, , ). (Williams, Marie) (Entered: 02/11/2004) |
| 02/24/2004 | ●11 | Answer to Complaint Filed by Stacey McGlynn Johnson on behalf of Ralph Booker . (Gordon, Pamela) (Entered: 02/25/2004) |

| 03/03/2004 | 12 | Answer to Complaint Filed by Ronald Austin Jr on behalf of Vernon Williams . (Livermore, Corrina) (Entered: 03/04/2004) |
|---|---|---|
| 03/03/2004 | 13 | Notice of Filing Filed by Ronald Austin Jr on behalf of Vernon Williams Architects PC , Vernon Williams (RE: 12 Answer to Complaint). (Livermore, Corrina) (Entered: 03/05/2004) |
| 03/11/2004 | 14 | Answer to Complaint Filed by Eugene S Kraus on behalf of Parkway Bank . (Mcwilliams, Della) (Entered: 03/12/2004) |
| 03/11/2004 | 15 | Notice of Filing Filed by Eugene S Kraus on behalf of Parkway Bank (RE: 14 Answer to Complaint). (Mcwilliams, Della) (Entered: 03/12/2004) |
| 03/23/2004 | 16 | Hearing Continued (RE: 1 Complaint, ). Status hearing to be held on 4/29/2004 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 140, Geneva, Illinois 60134. (Watson, Anthony) (Entered: 03/23/2004) |
| 04/06/2004 | 17 | Appearance Filed by Ronald Austin Jr on behalf of Vernon Williams Architects PC , Vernon Williams . (Williams, Marie) (Entered: 04/07/2004) |
| 05/05/2004 | 18 | Hearing Continued (RE: 1 Complaint, ). Status hearing to be held on 6/17/2004 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 140, Geneva, Illinois 60134. (Watson, Anthony) (Entered: 05/05/2004) |
| 06/23/2004 | 19 | Hearing Continued (RE: 1 Complaint, ). Status hearing to be held on 7/29/2004 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 140, Geneva, Illinois 60134. (Woods, Tracy) (Entered: 06/23/2004) |

| 08/10/2004 | ●20 | Hearing Continued (RE: 3 Summons Issued, , ). Status hearing to be held on 9/16/2004 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 140, Geneva, Illinois 60134. (Watson, Anthony) (Entered: 08/10/2004) |
|---|---|---|
| 03/11/2004 | ●21 | Appearance Filed by Eugene S Kraus on behalf of Parkway Bank . (Gomez, Denise) (Entered: 08/11/2004) |
| 01/11/2005 | ●22 | Notice of Motion and Motion for Leave to file counterclaim Filed by Joseph R Voiland on behalf of Ralph Booker. Hearing scheduled for 1/20/2005 at 10:00 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 140, Geneva, Illinois 60134. (Attachments: # 1 Adversary Complaint proposed counterclaim# 2 Proposed Order) (Voiland, Joseph) (Entered: 01/11/2005) |
| 01/24/2005 | ●23 | Hearing Continued (RE: 1 Complaint, ). Status hearing to be held on 3/10/2005 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 140, Geneva, Illinois 60134. (Watson, Anthony) (Entered: 01/24/2005) |
| 01/20/2005 | ●24 | Order Granting Motion for Leave (Related Doc # 22). Signed on 1/20/2005. (Mcwilliams, Della) (Entered: 01/25/2005) |
| 01/25/2005 | ●25 | **DOCKETED ON WRONG CASE**Hearing Set with Certificate of Mailing. Status hearing to be held on 1/27/2005 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 140, Geneva, Illinois 60134. (Mcwilliams, Della) Modified on 1/25/2005 (Mcwilliams, Della). (Entered: 01/25/2005) |
|  |  |  |

| | | |
|---|---|---|
| 01/25/2005 | 26 | CORRECTIVE ENTRY DOCKETED ON WRONG CASE (RE: [25] Hearing (Bk Other) Set, Hearing (Bk Other) Set). (Mcwilliams, Della) (Entered: 01/25/2005) |
| 03/14/2005 | 27 | Hearing Continued (RE: 1 Complaint, ). Status hearing to be held on 5/19/2005 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 140, Geneva, Illinois 60134. (Gianesin, Paul) (Entered: 03/14/2005) |
| 03/21/2005 | 28 | Answer to Counterclaim (related document(s): 11 Answer to Complaint) Filed by Ronald Austin Jr on behalf of Vernon Williams Architects PC , Vernon Williams (Green, Charlie) (Entered: 03/22/2005) |
| 03/21/2005 | 29 | Notice of Filing Filed by Ronald Austin Jr on behalf of Vernon Williams Architects PC , Vernon Williams (RE: 28 Answer). (Green, Charlie) (Entered: 03/22/2005) |
| 03/23/2005 | 30 | Answer to Complaint, Counterclaim by Ralph Booker against Anthony Fields, Lakeview Real Estate Developement Co, Charles J Myler, Parkway Bank, Vernon Williams Architects PC, Vernon Williams Filed by Joseph R Voiland on behalf of Ralph Booker. (Voiland, Joseph) (Entered: 03/23/2005) |
| 03/24/2005 | 31 | Answer to Counterclaim Filed by Charles J Myler on behalf of Charles J Myler. (Myler, Charles) (Entered: 03/24/2005) |
| 03/24/2005 | 32 | Notice of Filing Filed by Counter-Defendant Charles J Myler (RE: 31 Answer to Counterclaim). (Myler, Charles) (Entered: 03/24/2005) |
| 05/18/2005 | 33 | Answer to (related document(s): 11 Answer to |

| | | |
|---|---|---|
| | | Complaint) Filed by James M McArdle on behalf of Parkway Bank (McArdle, James) Modified on 5/20/2005 to correct related document #30(Sims, Mildred). (Entered: 05/18/2005) |
| 05/20/2005 | ●34 | CORRECTIVE ENTRY to correct related document #30 (RE: 33 Answer). (Sims, Mildred) (Entered: 05/20/2005) |
| 05/23/2005 | ●35 | Hearing Continued (RE: 1 Complaint, ). Status hearing to be held on 7/28/2005 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 140, Geneva, Illinois 60134. (Gianesin, Paul) (Entered: 05/23/2005) |
| 07/29/2005 | ●36 | Hearing Continued (RE: 1 Complaint, ). Status hearing to be held on 8/11/2005 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 140, Geneva, Illinois 60134. (Gianesin, Paul) (Entered: 07/29/2005) |
| 08/12/2005 | ●37 | Hearing Continued (RE: 1 Complaint, ). Status hearing to be held on 9/15/2005 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 140, Geneva, Illinois 60134. (Gianesin, Paul) (Entered: 08/12/2005) |
| 08/25/2005 | ●38 | Notice of Motion and Motion To Substitute Attorney Filed by Thomas R. Fawkes on behalf of Ralph Booker. Hearing scheduled for 9/15/2005 at 10:30 AM at Federal Building, 211 South Court Street, Rm. 115, Rockford, Illinois 61101. (Fawkes, Thomas) Modified on 8/26/2005 to correct hearing location (Sims, Mildred). (Entered: 08/25/2005) |
| 08/25/2005 | ●39 | Certificate of Service Filed by Thomas R. Fawkes on behalf of Ralph Booker (RE: 38 Motion to |

| | | Substitute Attorney). (Fawkes, Thomas) (Entered: 08/25/2005) |
|---|---|---|
| 08/26/2005 | 40 | CORRECTIVE ENTRY Hearing Rescheduled (RE: 38 Motion to Substitute Attorney, ). Hearing scheduled for 9/15/2005 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 140, Geneva, Illinois 60134. (Sims, Mildred) (Entered: 08/26/2005) |
| 09/14/2005 | 41 | Notice of Motion and Motion For Summary Judgment in favor of Charles J. Myler, Trustee and against Defendant Ralph Booker for $0 Filed by Plaintiff Charles J Myler. Hearing scheduled for 9/15/2005 at 10:00 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 140, Geneva, Illinois 60134. (Myler, Charles) (Entered: 09/14/2005) |
| 09/14/2005 | 42 | **INCORRECT EVENT ENTERED, FILER REFILED** Notice of Motion and Motion For Summary Judgment in favor of Plaintiff and against Defendant Ralph Booker for $0 Filed by Plaintiff Charles J Myler. Hearing scheduled for 9/15/2005 at 10:00 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 140, Geneva, Illinois 60134. (Myler, Charles) Modified on 9/15/2005 (Sims, Mildred). (Entered: 09/14/2005) |
| 09/14/2005 | 43 | **INCORRECT EVENT ENTERED, FILER REFILED** Notice of Motion and Motion For Summary Judgment in favor of Plaintiff and against Defendant Ralph Booker for $0 Filed by Plaintiff Charles J Myler. Hearing scheduled for 9/15/2005 at 10:00 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 140, Geneva, Illinois 60134. (Myler, Charles) Modified on 9/15/2005 (Sims, Mildred). (Entered: 09/14/2005) |

| 09/14/2005 | ●44 | Statement Filed by Plaintiff Charles J Myler (RE: 41 Motion for Summary Judgment, ). (Myler, Charles) (Entered: 09/14/2005) |
| 09/14/2005 | ●45 | Memorandum Filed by Plaintiff Charles J Myler (RE: 41 Motion for Summary Judgment, ). (Myler, Charles) (Entered: 09/14/2005) |
| 09/14/2005 | ●46 | Notice of Filing Filed by Plaintiff Charles J Myler (RE: 41 Motion for Summary Judgment, ). (Myler, Charles) (Entered: 09/14/2005) |
| 09/15/2005 | ●47 | CORRECTIVE ENTRY INCORRECT EVENT ENTERED, FILER REFILED (RE: 42 Motion for Summary Judgment,, 43 Motion for Summary Judgment, ). (Sims, Mildred) (Entered: 09/15/2005) |
| 09/16/2005 | ●48 | Hearing Continued (RE: 1 Complaint,, 41 Motion for Summary Judgment, ). Status hearing to be held on 11/10/2005 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 140, Geneva, Illinois 60134. (Gianesin, Paul) (Entered: 09/16/2005) |
| 09/15/2005 | ●49 | Order Scheduling . The parties shall comply with the briefing schedule as outline above, and this matter is set for oral agrument/status hearing to be held on 11/10/2005 at 10:30 AM . Signed on 9/15/2005 (Mcwilliams, Della) (Entered: 09/20/2005) |
| 09/15/2005 | ●50 | Order Granting Motion to Substitute Attorney , terminating Joseph R Voiland. (Related Doc # 38). Signed on 9/15/2005. (Mcwilliams, Della) (Entered: 09/20/2005) |
| 10/06/2005 | ●51 | Response to (related document(s): 41 Motion for Summary Judgment, ) Filed by Thomas R. Fawkes on behalf of Ralph Booker (Attachments: # 1 |

| | | Affidavit in Support of Statement of Facts# <u>2</u> Exhibit A to Affidavit in Support of Statement of Facts# <u>3</u> Exhibit B to Affidavit in Support of Statement of Facts# <u>4</u> Statement of Facts# <u>5</u> Exhibit A to Statement of Facts) (Fawkes, Thomas) (Entered: 10/06/2005) |
|---|---|---|
| 10/06/2005 | <u>52</u> | Notice and Certificate of Service Filed by Thomas R. Fawkes on behalf of Ralph Booker (RE: <u>51</u> Response, ). (Fawkes, Thomas) (Entered: 10/06/2005) |
| 10/26/2005 | <u>53</u> | Reply to (related document(s): <u>51</u> Response, ) Filed by Charles J Myler on behalf of Charles J Myler (Myler, Charles) (Entered: 10/26/2005) |
| 10/26/2005 | <u>54</u> | Notice of Filing Filed by Plaintiff Charles J Myler, Counter-Defendant Charles J Myler (RE: <u>53</u> Reply). (Myler, Charles) (Entered: 10/26/2005) |
| 11/14/2005 | <u>55</u> | Hearing Continued (RE: 41 Summary Judgment,). Hearing Scheduled for 12/22/2005 at 10:30 AM at Courtroom 140 100 S 3rd Street, Geneva, IL, 60134. (Giasesn,Paul) (Entered: 11/14/2005) |
| 11/14/2005 | <u>56</u> | Hearing Continued (RE: <u>1</u> Complaint, ). Status hearing to be held on 12/22/2005 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 140, Geneva, Illinois 60134. (Gianesin, Paul) (Entered: 11/14/2005) |
| 01/11/2006 | <u>57</u> | Order Granting Motion For Summary Judgment (Related Doc # <u>41</u>). Signed on 1/11/2006. (Green, Charlie) (Entered: 01/13/2006) |
| 01/23/2006 | <u>58</u> | Notice of Appeal Filed by Thomas R. Fawkes on behalf of Ralph Booker. Fee Amount $255 (RE: <u>57</u> Order on Motion For Summary Judgment). |

| | | |
|---|---|---|
| | | Appellant Designation due by 2/2/2006. Transmission of Record Due by 3/6/2006. (Fawkes, Thomas) (Entered: 01/23/2006) |
| 01/23/2006 | 59 | Receipt of Notice of Appeal(04-00189) [appeal,ntcapl] ( 255.00) Filing Fee. Receipt number 5089915. Fee Amount $ 255.00 (U.S. Treasury) (Entered: 01/23/2006) |
| 01/24/2006 | 60 | Certificate of Service Filed by Thomas R. Fawkes on behalf of Ralph Booker (RE: 58 Notice of Appeal). (Fawkes, Thomas) (Entered: 01/24/2006) |
| 01/25/2006 | 61 | Notice of Filing to Bk Judge and Parties on Service List (RE: 58 Notice of Appeal). (Sims, Mildred) (Entered: 01/25/2006) |
| 02/02/2006 | 62 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Thomas R. Fawkes on behalf of Ralph Booker. (RE: 58 Notice of Appeal). (Fawkes, Thomas) (Entered: 02/02/2006) |
| 02/02/2006 | 63 | Notice and Certificate of Service Filed by Thomas R. Fawkes on behalf of Ralph Booker (RE: 62 Appellant Designation). (Fawkes, Thomas) (Entered: 02/02/2006) |
| 02/02/2006 | 64 | Statement of Issues on Appeal Filed by Thomas R. Fawkes on behalf of Ralph Booker. (RE: 58 Notice of Appeal). (Fawkes, Thomas) (Entered: 02/02/2006) |
| 02/02/2006 | 65 | Notice and Certificate of Service Filed by Thomas R. Fawkes on behalf of Ralph Booker (RE: 64 Statement of Issues on Appeal). (Fawkes, Thomas) (Entered: 02/02/2006) |
| 02/03/2006 | 66 | Request for Transcript re: Appeal Filed by . (RE: 58 |

| | | |
|---|---|---|
| | | Notice of Appeal). Transcript Due by 2/28/2006. (Sims, Mildred) (Entered: 02/08/2006) |
| 03/06/2006 | ○67 | Transmittal of Record to The U.S. District Court. Civil Case Number: 06C 1184 Assigned to District Court Judge: Aspen (RE: 58 Notice of Appeal). (Sims, Mildred) (Entered: 03/06/2006) |
| 05/24/2006 | ○68 | Notification Order By District Court Judge Aspen, Re: Appeal on Civil Action Number: 06 C 1184, Dated 05/11/06. Enter Memorandum Opinions and Order: We hereby affirm the decision of the Bankruptcy Court granting the Trustee's motion for summary judgment. It is so ordered. The status and ruling date of May 25, 2006 is stricken. Civil case terminated. (RE: 58 Notice of Appeal). Signed on 5/24/2006 (Weston, Carel Dell) (Entered: 06/02/2006) |
| 03/22/2007 | ○69 | Amended Appearance Filed by Ronald Austin Jr. on behalf of Vernon Williams Architects PC, Vernon Williams. (Austin, Ronald) (Entered: 03/22/2007) |
| 07/25/2007 | ○70 | **INCORRECT EVENT ENTERED, FILER NOTIFIED TO REFILE** Notice of Motion Filed by Plaintiff Charles J Myler. Hearing scheduled for 8/2/2007 at 10:00 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 140, Geneva, Illinois 60134. (Attachments: # 1 Proposed Order Order for Proposed Summary Judgment)(Myler, Charles) Modified on 7/27/2007 (Green, Charlie). (Entered: 07/25/2007) |
| 07/27/2007 | ○71 | CORRECTIVE ENTRY INCORRECT EVENT ENTERED, FILER NOTIFIED TO REFILE (RE: 70 Notice of Motion, ). (Green, Charlie) (Entered: |

| | | 07/27/2007) |
|---|---|---|
| 07/27/2007 | ●72 | Notice of Motion and Partial Motion For Summary Judgment in favor of Plaintiff, Charles J Myler, Trustee and against Vernon Williams and Vernon Williams Architects, P.C. Filed by Plaintiff Charles J Myler. Hearing scheduled for 8/2/2007 at 10:00 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 140, Geneva, Illinois 60134. (Attachments: # 1 Proposed Order for Partial Summary Judgment) (Myler, Charles) (Entered: 07/27/2007) |
| 08/03/2007 | ●73 | Hearing Continued (RE: 1 Complaint, ). Status hearing to be held on 10/4/2007 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 140, Geneva, Illinois 60134. (Gianesin, Paul) (Entered: 08/03/2007) |
| 08/03/2007 | ●74 | Hearing Continued (RE: 72 Summary Judgment). Hearing Scheduled for 10/04/2007 at 10:30 AM at Courtroom 140 100 S 3rd Street, Geneva, IL, 60134. (Gianesin,Paul) (Entered: 08/03/2007) |
| 08/02/2007 | ●75 | Order Scheduling Briefing (RE: 72 Motion for Summary Judgment, ). Reply due by: 9/6/2007 Responses due by 8/23/2007. Status hearing to be held on 10/4/2007 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 140, Geneva, Illinois 60134. Signed on 8/2/2007 (Green, Charlie) (Entered: 08/07/2007) |
| 08/23/2007 | ●76 | **INCORRECT EVENT ENTERED, FILER NOTIFIED TO REFILE** Response in Opposition to (related document(s): 72 Motion for Summary Judgment, ) Filed by Ronald Austin Jr. on behalf of Vernon Williams Architects PC, Vernon Williams |

|  |  | (Attachments: # 1 Exhibit Elliott.v ITT Corp# 2 Exhibit In re Campbell# 3 Exhibit In re National Industrial# 4 Exhibit D&K Properties# 5 Exhibit Allen v. McCurry# 6 Exhibit Car Carriers v. Ford# 7 Exhibit Brzostowski v. Laidlaw# 8 Exhibit In re Estate of Royal# 9 Exhibit Lester v. Brown# 10 Exhibit Delaney Electric v. Schiessle# 11 Exhibit Northwest Millwork v. Komperda# 12 Exhibit Springer v. Kroeschell# 13 Exhibit Dinkle v. Rehrmann# 14 Exhibit Steinberg v. Chicago Title) (Austin, Ronald) Modified on 8/28/2007 (Green, Charlie). (Entered: 08/23/2007) |
|---|---|---|
| 08/23/2007 | 77 | **INCORRECT EVENT ENTERED, FILER NOTIFIED TO REFILE** Statement Response to Trustee's Statement of Facts Filed by Ronald Austin Jr. on behalf of Vernon Williams Architects PC, Vernon Williams. (Austin, Ronald) Modified on 8/28/2007 (Green, Charlie). (Entered: 08/23/2007) |
| 08/23/2007 | 78 | Statement of Additional Material Facts Filed by Ronald Austin Jr. on behalf of Vernon Williams Architects PC, Vernon Williams. (Attachments: # 1 Affidavit of Vernon Williams# 2 Exhibit #1# 3 Exhibit #2# 4 Exhibit #3# 5 Exhibit #4# 6 Exhibit #5# 7 Exhibit #6# 8 Exhibit #7# 9 Exhibit #8# 10 Exhibit #9) (Austin, Ronald) (Entered: 08/23/2007) |
| 08/23/2007 | 79 | Notice of Motion and Motion to Strike the Trustee's Statement of Facts Filed by Ronald Austin Jr. on behalf of Vernon Williams Architects PC, Vernon Williams. Hearing scheduled for 10/4/2007 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 140, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A# 2 Exhibit Rosemary B. v. Bd. of Education# 3 Exhibit Malec v. Sanford) (Austin, Ronald) (Entered: 08/23/2007) |

| 08/28/2007 | ●80 | CORRECTIVE ENTRY INCORRECT EVENT ENTERED, FILER NOTIFIED TO REFILE (RE: 77 Statement, ). (Green, Charlie) (Entered: 08/28/2007) |
|---|---|---|
| 08/28/2007 | ●81 | CORRECTIVE ENTRY INCORRECT EVENT ENTERED, FILER NOTIFIED TO REFILE (RE: 76 Response, , , ). (Green, Charlie) (Entered: 08/28/2007) |
| 08/28/2007 | ●82 | Amended Response in Opposition to (related document(s): 72 Motion for Summary Judgment, ) Filed by Ronald Austin Jr. on behalf of Vernon Williams Architects PC, Vernon Williams (Attachments: # 1 Exhibit Elliott v. ITT Corp.# 2 Exhibit In re Campbell# 3 Exhibit In re National Industrial# 4 Exhibit D & K Properties# 5 Exhibit Allen v. McCurry# 6 Exhibit Car Carriers v. Ford# 7 Exhibit Brzostowski v. Laidlaw# 8 Exhibit In re Estate of Royal# 9 Exhibit Lester v. Brown# 10 Exhibit Delaney Electric v. Schiessle# 11 Exhibit Northwest Millwork v. Komperda# 12 Exhibit Springer v. Kroeschell# 13 Exhibit Donkle v. Rehrmann# 14 Exhibit Steinberg v. Chicago Title) (Austin, Ronald) (Entered: 08/28/2007) |
| 08/28/2007 | ●83 | Attachment(s) Proposed Order Filed by Ronald Austin Jr. on behalf of Vernon Williams Architects PC, Vernon Williams (RE: 79 Motion to Strike, ). (Austin, Ronald) (Entered: 08/28/2007) |
| 08/29/2007 | ●84 | Response to (related document(s): 72 Motion for Summary Judgment, ) Filed by Ronald Austin Jr. on behalf of Vernon Williams Architects PC, Vernon Williams (Austin, Ronald) (Entered: 08/29/2007) |
| | | |

| 09/06/2007 | 85 | Response to (related document(s): 79 Motion to Strike, ) Filed by Charles J Myler on behalf of Charles J Myler (Myler, Charles) (Entered: 09/06/2007) |
|---|---|---|
| 09/06/2007 | 86 | Reply to (related document(s): 72 Motion for Summary Judgment, ) Filed by Charles J Myler on behalf of Charles J Myler (Myler, Charles) (Entered: 09/06/2007) |
| 09/06/2007 | 87 | Notice of Filing RE Trustee's Response to Motion to Strike Statement of Material Facts and Reply in Support Of Trustee's Motion For Partial Summary Judgment Filed by Plaintiff Charles J Myler (RE: 85 Response, 86 Reply). (Myler, Charles) (Entered: 09/06/2007) |
| 09/14/2007 | 88 | Reply in Support to (related document(s): 79 Motion to Strike, ) Filed by Ronald Austin Jr. on behalf of Vernon Williams Architects PC, Vernon Williams (Austin, Ronald) (Entered: 09/14/2007) |
| 10/04/2007 | 89 | Hearing Continued (RE: 72 Summary Judgment). Hearing Scheduled for 10/18/2007 at 10:30 AM at Courtroom 140 100 S 3rd Street, Geneva, IL, 60134. (Nelson,Freddie) (Entered: 10/04/2007) |
| 11/08/2007 | 90 | **INCORRECT EVENT ENTERED** Order Denying in Part, Continuing Motion For Summary Judgment (Related Doc # 72). Signed on 11/8/2007. (Green, Charlie) Modified on 3/14/2008 (Green, Charlie). (Entered: 11/16/2007) |
| 12/20/2007 | 91 | Hearing Continued (RE: 72 Summary Judgment). Hearing Scheduled for 01/17/2008 at 10:30 AM at Courtroom 140 100 S 3rd Street, Geneva, IL, 60134. (Brackett,Jana) (Entered: 12/20/2007) |

| 01/08/2008 | 92 | Notice of Motion and Motion For Summary Judgment in favor of Vernon Williams and Vernon Williams Architects, P.C. and against Trustee for $0 Filed by Ronald Austin Jr. on behalf of Vernon Williams Architects PC, Vernon Williams. Hearing scheduled for 1/17/2008 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 140, Geneva, Illinois 60134. (Attachments: # 1 Exhibit Elliott v. ITT# 2 Exhibit In re National Chemical# 3 Exhibit D&K Properties v. Mutual Life# 4 Exhibit Allen v. McCurry# 5 Exhibit Car Carriers v. Ford# 6 Exhibit Brzostowski v. Laidlaw# 7 Exhibit In re Estate of Royal# 8 Exhibit Lester v. Brown# 9 Exhibit Kimmel v. Texas Commerce Bank# 10 Proposed Order) (Austin, Ronald) Modified on 1/9/2008 **Notice of Motion missing, filer notified** (Green, Charlie). (Entered: 01/08/2008) |
| --- | --- | --- |
| 01/08/2008 | 93 | Statement Filed by Ronald Austin Jr. on behalf of Vernon Williams Architects PC, Vernon Williams (RE: 92 Motion for Summary Judgment,, ). (Attachments: # 1 Affidavit Vernon Williams# 2 Exhibit Aff. Exhibit 1# 3 Exhibit Aff. Exhibit 2# 4 Exhibit Aff. Exhibit 3# 5 Exhibit Aff. Exhibit 4# 6 Exhibit Aff. Exhibit 5# 7 Exhibit Aff. Exhibit 6# 8 Exhibit Aff. Exhibit 7# 9 Exhibit Aff. Exhibit 8# 10 Exhibit Aff. Exhibit 9) (Austin, Ronald) (Entered: 01/08/2008) |
| 01/09/2008 | 94 | CORRECTIVE ENTRY Notice of Motion missing, filer notified (RE: 92 Motion for Summary Judgment, , , ). (Green, Charlie) (Entered: 01/09/2008) |
| 01/09/2008 | 95 | Notice of Motion Filed by Ronald Austin Jr. on behalf of Vernon Williams Architects PC, Vernon Williams (RE: 92 Motion for Summary |

| | | |
|---|---|---|
| | | Judgment,,, ). Hearing scheduled for 1/17/2008 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 140, Geneva, Illinois 60134. (Austin, Ronald) (Entered: 01/09/2008) |
| 01/10/2008 | 96 | (E)Order Denying for the Reasons Stated on the Record Motion to Strike (Related Doc # 79). Signed on 1/10/2008. (Green, Charlie) (Entered: 01/11/2008) |
| 01/18/2008 | 97 | Hearing Continued (RE: 92 Summary Judgment). Hearing Scheduled for 03/06/2008 at 10:30 AM at Courtroom 140 100 S 3rd Street, Geneva, IL, 60134. (Clarke,Jody) (Entered: 01/18/2008) |
| 01/17/2008 | 98 | Order Scheduling (RE: 92 Motion for Summary Judgment, , , ). Reply due by: 2/21/2008 Responses due by 2/7/2008. Status hearing to be held on 3/6/2008 at 10:30 AM . Signed on 1/17/2008 (Livermore, Corrina) (Entered: 01/22/2008) |
| 01/17/2008 | 99 | Order Scheduling (RE: 92 Motion for Summary Judgment, , , ). Reply due by: 2/21/2008 Responses due by 2/7/2008. Status hearing to be held on 3/6/2008 at 10:30 AM . Signed on 1/17/2008 (Green, Charlie) (Entered: 01/24/2008) |
| 02/07/2008 | 100 | Response to (related document(s): 92 Motion for Summary Judgment,,, ) Filed by Charles J Myler on behalf of Charles J Myler (Myler, Charles) (Entered: 02/07/2008) |
| 02/07/2008 | 101 | Response to (related document(s): 93 Statement, ) Filed by Charles J Myler on behalf of Charles J Myler (Myler, Charles) (Entered: 02/07/2008) |
| 02/07/2008 | 102 | Notice of Filing Filed by Plaintiff Charles J Myler |

| | | |
|---|---|---|
| | | (RE: 101 Response, 100 Response). (Myler, Charles) (Entered: 02/07/2008) |
| 02/21/2008 | 103 | Reply in Support to (related document(s): 92 Motion for Summary Judgment,,, ) Filed by Ronald Austin Jr. on behalf of Vernon Williams Architects PC, Vernon Williams (Attachments: # 1 Exhibit Opposition to Trustee's Motion for Partial Summary Judgment# 2 Exhibit Trustee's Reply to Motion for Partial Summary Judgment# 3 Exhibit Van Hoey v. Baxter# 4 Exhibit Paloian v. Grupo Serla# 5 Exhibit Williams v. Stefan# 6 Exhibit Benson v. Wanda Petroleum# 7 Exhibit Pullen-Walker v. Roosevelt Univ.# 8 Exhibit Graebel v. Johnson) (Austin, Ronald) (Entered: 02/21/2008) |
| 02/21/2008 | 104 | Response to (related document(s): 101 Response) Filed by Ronald Austin Jr. on behalf of Vernon Williams Architects PC, Vernon Williams (Austin, Ronald) (Entered: 02/21/2008) |
| 03/07/2008 | 105 | Hearing Continued (RE: 1 Complaint, ). Status hearing to be held on 4/10/2008 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 140, Geneva, Illinois 60134. (Clarke, Jody) (Entered: 03/07/2008) |
| 03/07/2008 | 106 | Hearing Continued (RE: 92 Summary Judgment). Hearing Scheduled for 04/10/2008 at 10:30 AM at Courtroom 140 100 S 3rd Street, Geneva, IL, 60134. (Clarke,Jody) (Entered: 03/07/2008) |
| 03/14/2008 | 107 | CORRECTIVE ENTRY INCORRECT EVENT ENTERED (RE: 90 Order on Motion For Summary Judgment). (Green, Charlie) (Entered: 03/14/2008) |
| 11/08/2007 | 108 | Order Denying for the Reasons Stated on the |

| | | |
|---|---|---|
| | | Record Motion For Summary Judgment (Related Doc # <u>72</u>). Signed on 11/8/2007. (Green, Charlie) (Entered: 03/14/2008) |
| 04/11/2008 | ●109 | Hearing Continued (RE: <u>1</u> Complaint, and Status and Decision re: <u>92</u> Motion for Summary Judgment, , , ). Status hearing to be held on 6/19/2008 at 10:30 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 140, Geneva, Illinois 60134. (Brackett, Jana) (Entered: 04/11/2008) |
| 06/19/2008 | ●<u>110</u> | Order Granting Motion For Summary Judgment (Related Doc # <u>92</u>). Signed on 6/19/2008. (Smith, Loretta) (Entered: 06/30/2008) |
| 07/09/2008 | ●<u>111</u> | Notice of Appeal to District Court. Filed by Charles J Myler on behalf of Charles J Myler. Fee Amount $255 (RE: <u>110</u> Order on Motion For Summary Judgment). Appellant Designation due by 7/21/2008. Transmission of Record Due by 8/18/2008. (Myler, Charles) (Entered: 07/09/2008) |
| 07/09/2008 | ●<u>112</u> | Notice of Filing Filed by Plaintiff Charles J Myler (RE: <u>111</u> Notice of Appeal, ). (Myler, Charles) (Entered: 07/09/2008) |
| 07/09/2008 | 113 | Receipt of Notice of Appeal(04-00189) [appeal,ntcapl] ( 255.00) Filing Fee. Receipt number # DEFERRED FEE #. Fee Amount $ 255.00 (Castro, Armin) (Castro) (Entered: 07/09/2008) |
| 07/10/2008 | ●<u>114</u> | Notice of Filing to Bk Judge and Parties on Service List (RE: <u>111</u> Notice of Appeal, ). (Sims, Mildred) (Entered: 07/10/2008) |
| 07/21/2008 | ●<u>115</u> | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Charles J Myler on |

| | | behalf of Charles J Myler. (RE: 111 Notice of Appeal, ). (Myler, Charles) (Entered: 07/21/2008) |
|---|---|---|
| 07/21/2008 | 116 | Notice of Filing Filing Filed by Plaintiff Charles J Myler (RE: 115 Appellant Designation). (Myler, Charles) (Entered: 07/21/2008) |
| 07/21/2008 | 117 | Statement of Issues on Appeal Filed by Charles J Myler on behalf of Charles J Myler. (RE: 111 Notice of Appeal, ). (Myler, Charles) (Entered: 07/21/2008) |
| 07/21/2008 | 118 | Notice of Filing RE Statement of Issues on Appeal Filed by Plaintiff Charles J Myler (RE: 117 Statement of Issues on Appeal). (Myler, Charles) (Entered: 07/21/2008) |
| 07/21/2008 | 119 | Notice of Filing RE Designation of Items to be Included in the Record on Appeal Filed by Plaintiff Charles J Myler (RE: 115 Appellant Designation). (Myler, Charles) (Entered: 07/21/2008) |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Bankruptcy No. 03 B 21620 |
| ANTHONY FIELDS, | ) | Judge Manuel Barbosa |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| CHARLES J. MYLER, not individually, | ) | |
| but solely as trustee, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary No. 04 A 00189 |
| | ) | |
| vs. | ) | |
| | ) | |
| ANTHONY FIELDS, RALPH BOOKER, | ) | |
| VERNON WILLIAMS, VERNON | ) | |
| WILLIAMS ARCHITECTS, P.C., | ) | |
| LAKEVIEW REAL ESTATE DEVELOP- | ) | |
| MENT CO., and PARKWAY BANK, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:   Ronald Austin, Jr.
      Brothers & Thompson, P.C.
      100 W. Monroe Street, Suite 1700
      Chicago, IL 60603

PLEASE TAKE NOTICE that on the 9th day of July, 2008, we filed with the Clerk of the U.S. Bankruptcy Court, Northern District of Illinois, Eastern Division, our NOTICE OF APPEAL, a copy of which is hereby served upon you.

/s/ Charles J. Myler
Charles J. Myler, Trustee in Bankruptcy

### CERTIFICATE OF SERVICE

CHARLES J. MYLER, Trustee in Bankruptcy, certifies that he served the above and foregoing Notice of Filing and Notice of Appeal via electronic mail, and by depositing in the United States Mail at Aurora, Illinois, a true and correct copy thereof in a sealed envelope, first class postage prepaid, addressed to all parties as set forth herein, on the 9th day of July, 2008.

/s/ Charles J. Myler
Charles J. Myler, Trustee in Bankruptcy

Charles J. Myler, #2008602
Richard G. Larsen, #6193054
MYLER, RUDDY & MCTAVISH
105 E. Galena Blvd., 8th Floor
Aurora, Illinois 60505
(630) 897-8475
(630) 897-8076 Fax



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| *IN RE*:　　　　　　　　　　　　　　　　) | |
| ) | |
| ANTHONY FIELDS,　　　) | |
| 　　　　　　　Debtor,　　　　) | Chapter 7 |
| ――――――――――――――――) | |
| ) | Bankruptcy No. 03 B 21620 |
| CHARLES J. MYLER, not individually,　) | |
| but solely as Chapter 7 Trustee,　　) | Judge Manuel Barbosa |
| 　　　　　　　Plaintiff,　　　) | |
| ) | |
| 　　v.　　　　　　　　　　　) | Adversary No. 04 A 00189 |
| ) | |
| ANTHONY FIELDS, RALPH BOOKER,　) | |
| VERNON WILLIAMS and VERNON　) | |
| WILLIAMS ARCHITECTS, P.C.,　　) | |
| LAKEVIEW REAL ESTATE　　　) | |
| DEVELOPMENT CO., and　　　) | |
| PARKWAY BANK AND TRUST　　) | |
| COMPANY,　　　　　　　) | |
| 　　　　　　　Defendants.　　) | |

### NOTICE OF FILING

TO:　　Ronald Austin, Jr. (ra2law@cs.com)
　　　　Brothers & Thompson, P.C.
　　　　100 W. Monroe Street, Suite 1700
　　　　Chicago, IL 60603

　　　　PLEASE TAKE NOTICE that on the 21st day of July, 2008, we filed with the Clerk of the U.S. Bankruptcy Court, Northern District of Illinois, Eastern Division, our DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL, a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　/s/ Charles J. Myler
　　　　　　　　　　　　　　　　Charles J. Myler, Trustee in Bankruptcy

### CERTIFICATE OF SERVICE

　　　　CHARLES J. MYLER, Trustee in Bankruptcy, certifies that he served the above and foregoing **Notice of Filing** and **Designation of Items To Be Included In The Record on Appeal** via electronic mail, and by depositing in the United States Mail at Aurora, Illinois, a true and correct copy thereof in a sealed envelope, first class postage prepaid, addressed to all parties as set forth herein, on the 21st day of July, 2008.

　　　　　　　　　　　　　　　　/s/ Charles J. Myler
　　　　　　　　　　　　　　　　Charles J. Myler, Trustee in Bankruptcy

Charles J. Myler, #2008602
Richard G. Larsen, #6193054
MYLER, RUDDY & MCTAVISH
105 E. Galena Blvd., 8th Floor
Aurora, Illinois 60505
(630) 897-8475; (630) 897-8076 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| *IN RE*: | ) | |
| | ) | |
| ANTHONY FIELDS, | ) | |
| | ) | |
| Debtor, | ) | Chapter 7 |
| | ) | |
| | ) | Bankruptcy No. 03 B 21620 |
| CHARLES J. MYLER, not individually, | ) | |
| but solely as Chapter 7 Trustee, | ) | Judge Manuel Barbosa |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 04 A 00189 |
| | ) | |
| ANTHONY FIELDS, RALPH BOOKER, | ) | |
| VERNON WILLIAMS and VERNON | ) | |
| WILLIAMS ARCHITECTS, P.C., | ) | |
| LAKEVIEW REAL ESTATE | ) | |
| DEVELOPMENT CO., and | ) | |
| PARKWAY BANK AND TRUST | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

NOW COMES the Appellant, Charles J. Myler, not personally but as Trustee in

Bankruptcy for Anthony Fields, and pursuant to Bankruptcy Rule 8006, submits his Designation

of Items to Be Included in the Record on Appeal as follows:

| | Document | No. | Date Filed |
|---|---|---|---|
| A. | Trustee complaint | 1 | 2/5/04 |
| B. | Vernon Williams Answer | 12 | 3/3/04 |
| C. | Motion for Summary Judgment | | |
| | Of Vernon Williams | 92 | 1/8/08 |

Page 1 of 2

| | | | |
|---|---|---|---|
| D. | Statement of Material Facts | | |
| | By Vernon Williams | 93 | 1/8/08 |
| E. | Myler's Response to Motion for | | |
| | Summary Judgment | 100 | 2/7/08 |
| F. | Myler's Response to Statement | | |
| | of Facts | 101 | 2/7/08 |
| G. | Reply in Support by Vernon | | |
| | Williams | 103 | 2/21/08 |
| H. | Response to Statement of Facts | | |
| | by Vernon Williams | 104 | 2/21/08 |
| I. | Order granting Motion for | | |
| | Summary Judgment | 110 | 6/19/08 |
| J. | Notice of Appeal | 111 | 7/9/08 |

Respectfully submitted,


By: /s/ Richard G. Larsen
        Attorney for Plaintiff, Charles J. Myler

Charles J. Myler, ARDC No. 2008602
Richard G. Larsen, ARDC No. 6193054
Myler, Ruddy & McTavish
105 E Galena Blvd, Ste #800
Aurora, Illinois 60505
(630) 897-8475; (630) 897-8076 (fax)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *IN RE*: ) | |
| ) | |
| ANTHONY FIELDS, ) | |
|         Debtor, ) | Chapter 7 |
| ——————————————— ) | |
| ) | Bankruptcy No. 03 B 21620 |
| CHARLES J. MYLER, not individually, ) | |
| but solely as Chapter 7 Trustee, ) | Judge Manuel Barbosa |
|         Plaintiff, ) | |
| ) | |
|    v. ) | Adversary No. 04 A 00189 |
| ) | |
| ANTHONY FIELDS, RALPH BOOKER, ) | |
| VERNON WILLIAMS and VERNON ) | |
| WILLIAMS ARCHITECTS, P.C., ) | |
| LAKEVIEW REAL ESTATE ) | |
| DEVELOPMENT CO., and ) | |
| PARKWAY BANK AND TRUST ) | |
| COMPANY, ) | |
|         Defendants. ) | |

**NOTICE OF FILING**

TO:   Ronald Austin, Jr. (ra2law@cs.com)
      Brothers & Thompson, P.C.
      100 W. Monroe Street, Suite 1700
      Chicago, IL 60603

**PLEASE TAKE NOTICE** that on the 21st day of July, 2008, we filed with the Clerk of the U.S. Bankruptcy Court, Northern District of Illinois, Eastern Division, our **STATEMENT OF ISSUES ON APPEAL**, a copy of which is hereby served upon you.

               /s/ Charles J. Myler
               Charles J. Myler, Trustee in Bankruptcy

**CERTIFICATE OF SERVICE**

**CHARLES J. MYLER**, Trustee in Bankruptcy, certifies that he served the above and foregoing **Notice of Filing** and **Statement of Issues on Appeal** via electronic mail, and by depositing in the United States Mail at Aurora, Illinois, a true and correct copy thereof in a sealed envelope, first class postage prepaid, addressed to all parties as set forth herein, on the 21st day of July, 2008.

               /s/ Charles J. Myler
               Charles J. Myler, Trustee in Bankruptcy

Charles J. Myler, #2008602
Richard G. Larsen, #6193054
MYLER, RUDDY & MCTAVISH
105 E. Galena Blvd., 8th Floor
Aurora, Illinois 60505
(630) 897-8475; (630) 897-8076 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| *IN RE:* | ) | |
| | ) | |
| ANTHONY FIELDS, | ) | |
| | ) | |
| Debtor, | ) | Chapter 7 |
| | ) | |
| | ) | Bankruptcy No. 03 B 21620 |
| CHARLES J. MYLER, not individually, | ) | |
| but solely as Chapter 7 Trustee, | ) | Judge Manuel Barbosa |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 04 A 00189 |
| | ) | |
| ANTHONY FIELDS, RALPH BOOKER, | ) | |
| VERNON WILLIAMS and VERNON | ) | |
| WILLIAMS ARCHITECTS, P.C., | ) | |
| LAKEVIEW REAL ESTATE | ) | |
| DEVELOPMENT CO., and | ) | |
| PARKWAY BANK AND TRUST | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## STATEMENT OF ISSUES ON APPEAL

NOW COMES the Appellant, Charles J. Myler, not personally but as Trustee in

Bankruptcy for Anthony Fields, and pursuant to Bankruptcy Rule 8006, submits his Statement of

Issues on Appeal as follows:

ISSUES

1.    Whether the Bankruptcy Court erred in applying the doctrine of *res judicata*,

thereby barring the trustee's claim against Defendant, Vernon Williams.

2.    Whether the Bankruptcy Court erred in granting summary judgment in favor of

Vernon Williams based upon the application of the doctrine of *res judicata*.

Page 1 of 2

Respectfully submitted,

By: /s/ Richard G. Larsen
           Attorney for Appellant, Charles J. Myler

Charles J. Myler, ARDC No. 2008602
Richard G. Larsen, ARDC No. 6193054
Myler, Ruddy & McTavish
105 E Galena Blvd, Ste #800
Aurora, Illinois 60505
(630) 897-8475; (630) 897-8076 (fax)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| *IN RE*: )<br><br>ANTHONY FIELDS, )<br>         Debtor, )<br>—————————————— )<br><br>CHARLES J. MYLER, not individually, )<br>but solely as Chapter 7 Trustee, )<br>         Plaintiff, )<br><br>    v. )<br><br>ANTHONY FIELDS, RALPH BOOKER, )<br>VERNON WILLIAMS and VERNON )<br>WILLIAMS ARCHITECTS, P.C., )<br>LAKEVIEW REAL ESTATE )<br>DEVELOPMENT CO., and )<br>PARKWAY BANK AND TRUST )<br>COMPANY, )<br>         Defendants. )| Chapter 7<br><br>Bankruptcy No. 03 B 21620<br><br>Judge Manuel Barbosa<br><br>Adversary No. 04 A 00189 |

### NOTICE OF FILING

TO:    Ronald Austin, Jr. (ra2law@cs.com)
        Brothers & Thompson, P.C.
        100 W. Monroe Street, Suite 1700
        Chicago, IL 60603

**PLEASE TAKE NOTICE** that on the 21st day of July, 2008, we filed with the Clerk of the U.S. Bankruptcy Court, Northern District of Illinois, Eastern Division, our **DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**, a copy of which is hereby served upon you.

                        /s/ Charles J. Myler
                        Charles J. Myler, Trustee in Bankruptcy

### CERTIFICATE OF SERVICE

**CHARLES J. MYLER**, Trustee in Bankruptcy, certifies that he served the above and foregoing **Notice of Filing** and **Designation of Items To Be Included In The Record on Appeal** via electronic mail, and by depositing in the United States Mail at Aurora, Illinois, a true and correct copy thereof in a sealed envelope, first class postage prepaid, addressed to all parties as set forth herein, on the 21st day of July, 2008.

                        /s/ Charles J. Myler
                        Charles J. Myler, Trustee in Bankruptcy

Charles J. Myler, #2008602
Richard G. Larsen, #6193054
MYLER, RUDDY & MCTAVISH
105 E. Galena Blvd., 8th Floor
Aurora, Illinois 60505
(630) 897-8475; (630) 897-8076 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| *IN RE*: | ) | |
| | ) | |
| ANTHONY FIELDS, | ) | |
| | ) | |
| Debtor, | ) | Chapter 7 |
| | ) | |
| | ) | Bankruptcy No. 03 B 21620 |
| CHARLES J. MYLER, not individually, | ) | |
| but solely as Chapter 7 Trustee, | ) | Judge Manuel Barbosa |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 04 A 00189 |
| | ) | |
| ANTHONY FIELDS, RALPH BOOKER, | ) | |
| VERNON WILLIAMS and VERNON | ) | |
| WILLIAMS ARCHITECTS, P.C., | ) | |
| LAKEVIEW REAL ESTATE | ) | |
| DEVELOPMENT CO., and | ) | |
| PARKWAY BANK AND TRUST | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

NOW COMES the Appellant, Charles J. Myler, not personally but as Trustee in

Bankruptcy for Anthony Fields, and pursuant to Bankruptcy Rule 8006, submits his Designation

of Items to Be Included in the Record on Appeal as follows:

| | Document | No. | Date Filed |
|---|---|---|---|
| A. | Trustee complaint | 1 | 2/5/04 |
| B. | Vernon Williams Answer | 12 | 3/3/04 |
| C. | Motion for Summary Judgment | | |
| | Of Vernon Williams | 92 | 1/8/08 |

Page 1 of 2

D.   Statement of Material Facts

    By Vernon Williams               93              1/8/08

E.   Myler's Response to Motion for

    Summary Judgment                 100             2/7/08

F.   Myler's Response to Statement

    of Facts                         101             2/7/08

G.   Reply in Support by Vernon

    Williams                         103             2/21/08

H.   Response to Statement of Facts

    by Vernon Williams               104             2/21/08

I.   Order granting Motion for

    Summary Judgment                 110             6/19/08

J.   Notice of Appeal                 111             7/9/08


Respectfully submitted,


By: /s/ Richard G. Larsen
    Attorney for Plaintiff, Charles J. Myler


Charles J. Myler, ARDC No. 2008602
Richard G. Larsen, ARDC No. 6193054
Myler, Ruddy & McTavish
105 E Galena Blvd, Ste #800
Aurora, Illinois 60505
(630) 897-8475; (630) 897-8076 (fax)

  

## File an Appeal:

04-00189 Myler v. Fields et al
Type: ap                    Office: 1 (Chicago)          Lead Case: 03-21620
Judge: MB                   Case Flag: APPEAL

### U.S. Bankruptcy Court

### Northern District of Illinois

Notice of Electronic Filing

The following transaction was received from Myler, Charles J entered on 7/21/2008 at 4:20 PM CDT and filed on
7/21/2008
**Case Name:**        Myler v. Fields et al
**Case Number:**      04-00189
**Document Number:** 115

**Docket Text:**
Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Charles J Myler on behalf of Charles J
Myler. (RE: [111] Notice of Appeal, ). (Myler, Charles).

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**S:\CJM\Trustee\Fields, Anthony\Designation of Items to Be Included in the Record on Appeal.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686655 [Date=7/21/2008] [FileNumber=20406676-
0] [b69b448950f428ada816efc32e68314935b834e88f3f6bad210713ef5ca6cc451a
901232f1e0d36413f5ef7033d4ea757939399897011cc5e2632b542bfb6cc7]]

**04-00189 Notice will be electronically mailed to:**

Ronald Austin    ra2law@cs.com

Thomas R. Fawkes    tfawkes@freebornpeters.com, bkdocketing@freebornpeters.com

Eugene S. Kraus    ekraus@skcounsel.com

Richard G Larsen    rglarsen@mrmlaw.com

James M McArdle    jmcardle@skcounsel.com

Charles J Myler    cmyler@mrmlaw.com, IL57@ecfcbis.com;kmyler@mrmlaw.com

**04-00189 Notice will not be electronically mailed to:**

Ronald Austin Jr

Brothers & Thompson PC
20 East Jackson Blvd
Suite 650
Chicago, IL 60604

Anthony Fields

,

Stacey McGlynn Johnson
Joseph V Roddy & Associates
77 W Washington Ste 1100
Chicago, IL 60602

Lakeview Real Estate Developement Co

,